IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN SASS,

      Petitioner,                    No. CIV S 07-1603 LKK GGH P

   vs.

M.C. KRAMER, Warden, et al.,

      Respondents.            ORDER

_____/

      Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. Petitioner specifically asks that the Law Office of Michael Satris be appointed as counsel. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time. Nevertheless, Michael Satris may seek to be substituted in as counsel in this matter.

\\\\\

\\\\\

\\\\\

1  Accordingly, IT IS HEREBY ORDERED that petitioner's September 18, 2007
2  request for appointment of counsel is denied without prejudice to a renewal of the motion at a
3  later stage of the proceedings.
4  DATED: 9/26/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
GGH:009/CM                UNITED STATES MAGISTRATE JUDGE
sass1603.110