IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BRIAN SASS,** | 2:07-cv-01603-LKK-GGH (HC) |
| Petitioner, | **ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR AN EXTENSION OF TIME** |
| v. | |
| **M. C. KRAMER, Warden, et al.,** | |
| Respondents. | |

Respondent's first request for a forty-five day extension of time to file a response to the Petition for Writ of Habeas Corpus was considered by the Court, and good cause appearing, Respondent's request is granted.

**IT IS HEREBY ORDERED** that Respondent is granted an extension of time to and including November 19, 2007, to file a response in this matter.

DATED: 10/11/07

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
United States Magistrate Judge

sass1603.po

[Proposed] Order
1