IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN SASS,

       Petitioner,                No. CIV S 07-1603 LKK GGH P

   vs.

M.C. KRAMER, Warden, et al.,

       Respondents.      ORDER

_____/

       Petitioner has requested an extension of time to file a traverse pursuant.  Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's December 20, 2007 request for an extension of time is granted; and

       2. Petitioner shall file a traverse on or before January 24, 2008.

DATED: 01/10/08

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:bb
sass1603.111