IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Sass, | 2:07-cv-01603-ATG |
|     Petitioner, | ORDER STAYING CASE |
| vs. | |
| M.C. Kramer, Warden, | |
|     Respondent. | |

_____/

Further consideration of this habeas petition is stayed pending the conclusion of the en banc proceedings in *Hayward v. Marshall*, 512 F.3d 536, *rehrg en banc granted*, 527 F.3d 797 (9th Cir. 2008), Case No. 06-55392.

Dated: December 12, 2008

/s/ Alfred T. Goodwin
_____
ALFRED T. GOODWIN
United States Circuit Judge
Sitting by designation

PDF created with pdfFactory trial version www.pdffactory.com