IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Sass, | 2:07-cv-01603-ATG |
|     Petitioner, | ORDER |
|     vs. | |
| M.C. Kramer, Warden, | |
|     Respondent. | |

_____/

Upon review of this case, I find that I am recused from this matter. The Clerk is directed to make the appropriate adjustments to the docket.

Dated: April 28, 2010

                                                          /s/ Alfred T. Goodwin
                                                        _____
                                                        ALFRED T. GOODWIN
                                                       United States Circuit Judge
                                                       Sitting by designation